UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HIGH EXPECTATIONS LLC,<br><br>       Plaintiff<br><br>vs.<br><br>KPCA NORTHWESTERN PRESBYTERIAN THEOLOGICAL SEMINARY,<br><br>       Defendant | Docket No. 1:24-cv-1125 |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

<u>INTRODUCTION</u>

High Expectations LLC ("Plaintiff") brings this action against KPCA Northwestern Presbyterian Theological Seminary ("Defendant" or "KPCA") to recover damages for (1) tortious interference with advantageous business relations; (2) violation of the Massachusetts Consumer Protection Act, M.G.L. c. 93A, §11; and (3) violation of the Student Visitor and Exchange Program ("SEVP") regulations, 8 CFR §214.[1]

1. High Expectations LLC is a limited liability company with a principal place of business in Malden, Middlesex County, Massachusetts.

2. KPCA Northwestern Presbyterian Theological Seminary, is a non-

---

[1] SEVP is charged by the U.S. Immigration and Customs Enforcement ("ICE") with enforcing regulations governing U.S. schools and nonimmigrant visa holding students.

1

profit educational institution with a principal place of business in Shoreline, Ballotpedia County, Washington.

## JURISDICTION AND VENUE

3. Diversity of jurisdiction is invoked pursuant to 28 U.S.C. §1332.

4. Federal question jurisdiction is invoked pursuant to 28 U.S.C. § 1331.

5. Supplemental jurisdiction over the Plaintiff's state law claims is invoked pursuant to 28 U.S.C. §1367.

6. Venue is proper pursuant to 28 U.S.C. §1391(b), as the events giving rise to these claims occurred in Malden, Middlesex County, Massachusetts.

7. The amount in controversy exceeds $75,000.

## STATEMENT OF FACTS

8. High Expectations is an accredited English Language School[2] certified by SEVP to accept international F1 visa students. Plaintiff offers an Intensive English Language Program ("IELP") to adult international students.

9. Students initiate enrollment by requesting an I-20 Certificate of Eligibility ("I-20") and submitting the required documentation. High Expectations' designated school official then issues an I-20 identifying English as

---

[2] The institution is accredited by the Commission on English Language Program Accreditation.

2

a Second Language as the student's intended program of study.

10. All students admitted to the IELP are given the Cambridge-Michigan Language Assessment ("CaMLA") to determine their level of English language proficiency and appropriate instructional level.

11. CaMLA is a collaboration between the University of Michigan and the University of Cambridge, institutions renown for research and development in the field of language assessment, teaching and learning. Industry experts consider CaMLA a valid and reliable English language placement test.

12. Language levels are based on the Common European Framework of Reference for Languages ("CEFR"), a globally accepted guide describing language ability in speaking, reading, writing, and understanding a language.

13. The CEFR includes six standard reference levels: A1, A2, B1, B2, C1, and C2, which describe what a learner is supposed to be able to do in reading, listening, speaking and writing, with A1 being the lowest and C2 being the highest:[3]

| Level group | Level | Description |
|---|---|---|

---

[3] http://www.coe.int/lang-cefr

| | | |
|---|---|---|
| **A**<br>**Basic user** | **A1**<br>**Breakthrough** | <ul><li>Can understand and use familiar everyday expressions and very basic phrases aimed at the satisfaction of needs of a concrete type.</li><li>Can introduce themselves and others and can ask and answer questions about personal details such as where they live, people they know and things they have.</li><li>Can interact in a simple way provided the other person talks slowly and clearly and is prepared to help.</li></ul> |
| | **A2**<br>**Waystage** | <ul><li>Can understand sentences and frequently used expressions related to areas of most immediate relevance (e.g. very basic personal and family information, shopping, local geography, employment).</li><li>Can communicate in simple and routine tasks requiring a simple and direct exchange of information on familiar and routine matters.</li><li>Can describe in simple terms aspects of their background, immediate environment and matters in areas of immediate need.</li></ul> |
| **B**<br>**Independent user** | **B1**<br>**Threshold** | <ul><li>Can understand the main points of clear standard input on familiar matters regularly encountered in work, school, leisure, etc.</li><li>Can deal with most situations likely to arise while travelling in an area where the language is spoken.</li><li>Can produce simple connected text on topics that are familiar or of personal interest.</li><li>Can describe experiences and events, dreams, hopes and ambitions and briefly give reasons and explanations for opinions and plans.</li></ul> |
| | **B2**<br>**Vantage** | <ul><li>Can understand the main ideas of complex text on both concrete and abstract topics, including technical discussions in their field of specialization.</li><li>Can interact with a degree of fluency and spontaneity that makes regular interaction with native speakers</li></ul> |

| | | |
|---|---|---|
| **C**<br>**Proficient user** | | quite possible without strain for either party.<br>• Can produce clear, detailed text on a wide range of subjects and explain a viewpoint on a topical issue giving the advantages and disadvantages of various options. |
| | **C1**<br>**Advanced** | • Can understand a wide range of demanding, longer clauses and recognize implicit meaning.<br>• Can express ideas fluently and spontaneously without much obvious searching for expressions.<br>• Can use language flexibly and effectively for social, academic and professional purposes.<br>• Can produce clear, well-structured, detailed text on complex subjects, showing controlled use of organizational patterns, connectors and cohesive devices. |
| | **C2**<br>**Mastery** | • Can understand with ease virtually everything heard or read.<br>• Can summarize information from different spoken and written sources, reconstructing arguments and accounts in a coherent presentation.<br>• Can express themselves spontaneously, very fluently and precisely, differentiating finer shades of meaning even in the most complex situations. |

14. According to the CEFR, A1, A2 and B1 level students do not have the requisite English language skills for college level courses. Students who struggle with language skills are unable to grasp course content.

15. English language proficiency is a basic requirement for undergraduate study in the U.S. To successfully participate in and complete an academic degree program,

5

    students need to understand and communicate effectively in English.

16. International students are required to pass a standardized English language test as part of the U.S. college admissions process to evaluate reading, writing, listening, and speaking abilities in English.[4]

17. The test may be waived for institutions that offer ESL classes or for students who previously graduated from a secondary school or university in which English is the primary mode of communication.

18. KPCA is a theological seminary offering a bachelor's degree in biblical studies and a master's degree in divinity. KPCA requires the following courses for its biblical studies degree program:

| **Professional Education** | **Biblical/Theological** |
|---|---|
| Personal Evangelism | Intro to Old Testament |
| Intro to Missions | Pentateuch |
| Leadership | Prophets |
| Christian Worship | Wisdom Literature |
| Homiletics | Intro to New Testament |
| Pastoral Ministry | Synoptic Gospels |
| Inner Healing | General Epistles |
| Christian Education | Pauline Epistles |
|  | Systematic Theology 1, 2 |
| **General Studies** | Christian Spirituality |
|  | Christian Ethics |
| World Civilizations |  |
| Western Church History |  |
| Korean Church History |  |
| Research & Writing |  |
| Intro to Western Philosophy |  |

---

[4] English language proficiency tests include TOEFL, IELTS, or Duo Lingo.

6

```
Intro to Asian Philosophy
Human Development
Introduction to Natural Science
Sociology & the Immigrant Community
Psychology & the Family
Cultural Anthropology
Senior Integration Seminar
```

19. KPCA does not evaluate or require proof of English language proficiency prior to accepting international students into its degree programs.

20. The primary instructional language at KPCA is Korean, but for students who want to be an English Ministry pastor, English is the primary language.

21. There are no language or cultural support services for low level English speakers who are not of Korean dissent. Classes and course materials are in English. Classes are pre-recorded and delivered primarily on-line with no live instruction. Tests are unproctored.

22. KPCA is not accredited by a recognized Department of Education accrediting agency, which requires high academic standards. Rather, KPCA's degree programs have nominal academic standards and in-person attendance requirements (3 days per semester) that violate and subvert the intent of SEVP regulations governing schools and F1 visa students. 8 CFR § 214.

23. Historically, the absence of a recognized accreditation process has led to unscrupulous operators

like KPCA, who have cleared the low bar for entry into the education industry.

24. The 2010 Accreditation of English Language Training Programs Act resolved similar unsavory practices by English language schools. Consequently, pursuant to the Act, English language schools must now be accredited. See Pub. L. 111-306 124 STAT. 3281 (December 14, 2010).

25. Since October 2023, fifty-eight students or approximately one-fifth of High Expectations' total enrollment transferred to KPCA prior to completion of the Intensive English Program. All 58 students enrolled in KPCA's English speaking degree program.

26. Thirty-seven of the fifty-eight students who prematurely exited the IELP demonstrated through valid and reliable placement testing (CaMLA) that they do not have the English language capabilities necessary to pass a legitimate college course. This includes thirteen A1 level students, twelve A2 level students, and twelve B1 level students.[5]

27. KPCA runs an illegal "pay and stay" operation. It entices unqualified students to transfer to KPCA, by permitting students to reside anywhere in the U.S. and to

---

[5] Upon information and belief, several other Boston area ESL schools have been impacted by KPCA's unfair and deceptive practices.

avoid the rigorous academic and attendance requirements of accredited institutions.

28. KPCA requires the Plaintiff to fill out and sign a KPCA transfer form for each student; therefore, KPCA is aware that transfer students have a business relationship with the Plaintiff.

29. As a result of Defendant's unfair and deceptive practices and unfair methods of competition, Plaintiff has suffered damages including but not limited monetary damages described in ¶30.

30. The cost of Plaintiff's IELP is $7,200 annually, payable in 12 monthly installments of $600. Thirteen A1 level students exited the program 18 months prior to completion resulting in a loss of $140,000. Twelve A2 level students exited the program 15 months prior to completion resulting in a loss of $108,000; and twelve B1 students exited the program 12 months prior to completion of the program for a loss of $86,400.

## COUNT I

### Massachusetts Consumer Protection Act
### M.G.L. c. 93A, § 11

31. Plaintiff repeats and incorporates each preceding paragraph as if fully set forth herein.

32. Defendant engaged in unfair or deceptive acts practices and unfair methods of competition by intentionally enticing

9

international students with limited English language skills to transfer to a degree program for which they were clearly unqualified.

33. Defendant's acts were committed in the conduct of trade or commerce.

34. The wrongful conduct occurred primarily and substantially in Massachusetts.

35. As a result of such acts, Plaintiff has suffered and continues to suffer financial losses.

## COUNT II

### Tortious Interference with Advantageous Business Relationship

36. Plaintiff repeats and incorporates each preceding paragraph as if fully set forth herein.

37. The Plaintiff has an advantageous business relationship with students enrolled at High Expectations.

38. Defendant was aware of Plaintiff's existing advantageous businesses relationship with its students.

39. Defendant, with improper motive and/or with improper means, intentionally interfered with Plaintiff's advantageous business relationship.

40. As a direct cause of the conduct alleged herein, Plaintiff has suffered and will continue to suffer damages, as more students transfer to KPCA.

## COUNT III

## 8 CFR § 214.3 and 214.4

41. Plaintiff repeats and incorporates each preceding paragraph as if fully set forth herein.

42. KPCA's is not a bona fide school, within the meaning of 8 CFR 214.3 (2) (xii).

43. KPCA issued I-20s to students without receipt of proof that the students meet language requirements for admission, in violation of 8 CFR 214.3 (k)(2)(d).

44. KPCA's designated school official failed to ensure that student qualifications meet legitimate standards for admission.

45. KPCA's SEVP certification must be withdrawn for failure to adhere to the SEVP regulations. 8 USC § 214.4 (a)(2).

WHEREFORE, the Plaintiff requests that this honorable Court:
   a. Enter judgment in favor of the Plaintiff against the Defendant on Counts I and II, in an amount to be proved at trial.
   b. Enter judgment in favor of the Plaintiff against the Defendant on Count III.
   c. Award Plaintiff multiple damages under M.G.L. c 93A, and its attorney fees and costs in pursuing this action.

d. Award such other forms of relief as the Court deems fair and just.

## Request for Jury Trial

The Plaintiff requests a trial by jury on all issues so triable.

Respectfully submitted,

High Expectations LLC
By its Attorney

*/s/ Lynn A. Leonard*

_____
Lynn A. Leonard
Attorney at Law
2 Florence Street, 2nd Floor
Malden, MA  02148
(781) 662-6161
B.B.O. No. 561662
counsel@thelawbench.com

Dated:  May 8, 2024