UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Docket No. 1:24-cv-11225-IT

```
_____
                                   )
HIGH EXPECTATIONS LLC,             )
                                   )
            Plaintiff              )
                                   )
vs.                                )
                                   )
KPCA NORTHWESTERN PRESBYTERIAN     )
THEOLOGICAL SEMINARY, ET AL.,      )
                                   )
            Defendants             )
                                   )
_____)
```

**VOLUNTARY NOTICE OF DISMISSAL
AS TO ILKYU PARK AND YOUNG JIL KIN**

Pursuant to Fed. R. Civ. P. 41 (a) (1) (A) (i), the Plaintiff, High Expectations, hereby voluntarily dismisses the cause of action filed against Defendants Ilkyu Park and Young Jil Kin without prejudice.

Plaintiff,
High Expectations

By its attorney

*/s/ Lynn A. Leonard*

_____
Lynn A. Leonard
Attorney At Law
2 Florence Street, 2nd Floor
Malden, MA  02148
(781) 662-6161
B.B.O. No. 561662
counsel@thelawbench.com

Dated: February 19, 2025

1

**CERTIFICATE OF SERVICE**

I, Lynn A. Leonard, hereby certify that the foregoing document was served upon all counsel of record via e-mail through the Court's EFC filing system upon the electronic filing of this document with the Court on this 19th day of February 2025.

*/s/ Lynn A. Leonard*
_____

Lynn A. Leonard